IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:26cr40-MHT |
| | ) | (WO) |
| MARQUISE LAMOND RANDLE | ) | |

### ORDER REGARDING 180-MONTH SENTENCE

As stated on the record at the sentencing hearing, it is ORDERED that the court accepts the parties' plea agreement to an upward variance to a sentence of 180 months, or 15 years, for the following reason.  All parties agree that the sentence should be 180 months. This agreement flowed from defendant Marquise Lamond Randle's criminal history, which exposed him to a 15-year mandatory-minimum sentence pursuant to the Armed Career Criminal Act, under which the government could have, but did not, obtain a superseding indictment.  The parties agreed to the outcome that would have been the statutory-minimum sentence had the government superseded the indictment.

DONE, this the 28th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE